# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| NINETY-FIVE MADISON COMPANY, L.P., | Bankr. Case No. 21-10529 (DSJ) |
| Reorganized Debtor. | |
| NINETY-FIVE MADISON COMPANY, L.P., | |
| Appellant, | |
| v. | Civil Action No. 1:25-cv-04489 (JSR) |
| BRANTON REALTY SERVICES LLC, | |
| Appellee. | |

## STIPULATION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8023(a), appellant Ninety-Five Madison Company, L.P. ("Appellant") and appellee Branton Realty Services LLC ("Appellee") submit this stipulation and agreement to dismiss Appellant's appeal with prejudice, and state as follows:

WHEREAS on May 22, 2025, Appellant filed a *Notice of Appeal* [Bankr. Dkt. No. 438] appealing from the Bankruptcy Court's (i) *Decision on Application of Branton Realty Services LLC for Compensation and Reimbursement of Expenses* [Bankr. Dkt. No. 420] ("Decision"), and (ii) *Amended Order Granting Final Fee Application of Branton Realty Services LLC and Related Relief* [Bankr. Dkt. No. 434] ("Order" and, with the Decision, the "Appealed Decision and Order");

NOW IT IS HERBY STIPULATED AND AGREED THAT the parties, by and through their undersigned counsel, stipulate to voluntarily dismiss this appeal with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a).

IT IS FURTHER STIPULATED AND AGREED THAT Appellant will, by September 10, 2025, pay to Appellee $45,000.00, in addition to the amount specified in the Order, in full satisfaction of all legal fees, costs, expenses, interest, and/or other disbursements incurred by Appellee through the date hereof.  The parties represent that all known costs and fees due in relation to the Appealed Decision and Order have been paid to the United States District Court for the Southern District of New York.

\* \* \* \* \*

Dated: August 27, 2025

                                                      Respectfully Submitted,

**GLENN AGRE BERGMAN & FUENTES LLP**

/s/ *Richard C. Ramirez*
Andrew K. Glenn
Shai Schmidt
Richard C. Ramirez
Naznen Rahman
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 970-1600
E-mail: aglenn@glennagre.com
       sschmidt@glennagre.com
       rramirez@glennagre.com
       nrahman@glennagre.com

*Counsel to Appellant Ninety-Five Madison Company, L.P.*

**AMINI LLC**

/s/ *Jordan Reisch*
Bijan Amini
Jordan Reisch
31 West 35th Street
12th Floor
New York, NY 10001
Telephone: (212) 490-4700
Email: bamini@aminillc.com
       jreisch@aminillc.com

*Counsel to Appellee Branton Realty Services LLC*