# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NINETY-FIVE MADISON COMPANY, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Bankr. Case No. 21-10529 (DSJ) |
| NINETY-FIVE MADISON COMPANY, L.P.,<br><br>Appellant,<br><br>v.<br><br>BRANTON REALTY SERVICES LLC,<br><br>Appellee. | Civil Action No. 1:25-cv-04489 (JSR) |

## STIPULATION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8023(a), appellant Ninety-Five Madison Company, L.P. ("Appellant") and appellee Branton Realty Services LLC ("Appellee") submit this stipulation and agreement to dismiss Appellant's appeal with prejudice, and state as follows:

WHEREAS on May 22, 2025, Appellant filed a *Notice of Appeal* [Bankr. Dkt. No. 438] appealing from the Bankruptcy Court's (i) *Decision on Application of Branton Realty Services LLC for Compensation and Reimbursement of Expenses* [Bankr. Dkt. No. 420] ("Decision"), and (ii) *Amended Order Granting Final Fee Application of Branton Realty Services LLC and Related Relief* [Bankr. Dkt. No. 434] ("Order" and, with the Decision, the "Appealed Decision and Order");

NOW IT IS HERBY STIPULATED AND AGREED THAT the parties, by and through their undersigned counsel, stipulate to voluntarily dismiss this appeal with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a).

IT IS FURTHER STIPULATED AND AGREED THAT Appellant will, by September 10, 2025, pay to Appellee $45,000.00, in addition to the amount specified in the Order, in full satisfaction of all legal fees, costs, expenses, interest, and/or other disbursements incurred by Appellee through the date hereof. The parties represent that all known costs and fees due in relation to the Appealed Decision and Order have been paid to the United States District Court for the Southern District of New York.

\* \* \* \* \*

Dated: August 28, 2025

Respectfully Submitted,

[*Signature Blocks Follow*]

| | |
|---|---|
| **GLENN AGRE BERGMAN & FUENTES LLP** | **AMINI LLC** |
| _____ | _____ |
| Andrew K. Glenn | Bijan Amini |
| Shai Schmidt | Jordan Reisch |
| Richard C. Ramirez | 31 West 35th Street |
| Naznen Rahman | 12th Floor |
| 1185 Avenue of the Americas | New York, NY 10001 |
| New York, New York 10036 | Telephone: (212) 490-4700 |
| Telephone: (212) 970-1600 | Email: bamini@aminillc.com |
| E-mail: aglenn@glennagre.com | jreisch@aminillc.com |
| sschmidt@glennagre.com | |
| rramirez@glennagre.com | |
| nrahman@glennagre.com | |
| | |
| *Counsel to Appellant Ninety-Five Madison Company, L.P.* | *Counsel to Appellee Branton Realty Services LLC* |

NOW IT IS HERBY STIPULATED AND AGREED THAT the parties, by and through their undersigned counsel, stipulate to voluntarily dismiss this appeal with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a).

IT IS FURTHER STIPULATED AND AGREED THAT Appellant will, by September 10, 2025, pay to Appellee $45,000.00, in addition to the amount specified in the Order, in full satisfaction of all legal fees, costs, expenses, interest, and/or other disbursements incurred by Appellee through the date hereof. The parties represent that all known costs and fees due in relation to the Appealed Decision and Order have been paid to the United States District Court for the Southern District of New York.

\* \* \* \* \*

Dated: August 28, 2025

Respectfully Submitted,

| | |
|---|---|
| **GLENN AGRE BERGMAN & FUENTES LLP** | **AMINI LLC** |
| _____ | _____ |
| Andrew K. Glenn | Bijan Amini |
| Shai Schmidt | Jordan Reisch |
| Richard C. Ramirez | 31 West 35th Street |
| Naznen Rahman | 12th Floor |
| 1185 Avenue of the Americas | New York, NY 10001 |
| New York, New York 10036 | Telephone: (212) 490-4700 |
| Telephone: (212) 970-1600 | Email: bamini@aminillc.com |
| E-mail: aglenn@glennagre.com | jreisch@aminillc.com |
| sschmidt@glennagre.com | |
| rramirez@glennagre.com | |
| nrahman@glennagre.com | |
| *Counsel to Appellant Ninety-Five Madison Company, L.P.* | *Counsel to Appellee Branton Realty Services LLC* |

2